1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                    AT TACOMA

9  PETER SAVALA,
10            Plaintiff,                    Case No. C04-5504RBL
11      v.                                  ORDER GRANTING
                                            DEFENDANT'S MOTION TO
12  JOSEPH LEHMAN,                          DISMISS
13            Defendant.
14

15     The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate
16 Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record,
17 does hereby find and ORDER:
18     (1)   The Court adopts the Report and Recommendation;
19     (2)   Defendants' motion to dismiss is GRANTED; and his claims and causes of action are
20 DISMISSED;
21     (3)   The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley
22           Arnold
23  DATED this 30th day of August, 2005.
24
25                                     _____
26                                     RONALD B. LEIGHTON
                                       UNITED STATES DISTRICT JUDGE
27
28

ORDER
Page - 1